IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRASBIN TOBIAS CAMPBELL, ) | |
| ) | |
| Movant, ) | |
| ) | No. 3:10-0117 |
| v. ) | Judge Trauger |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, the court rules as follows:

(1) Trasbin Campbell's First Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Docket No. 6) is hereby DENIED under Rule 8(a), Rules Governing § 2255 Cases;

(2) Petitioner's Motion To Establish Scheduling Order (Docket No. 23) is hereby DENIED; and

(3) this action is hereby DISMISSED.

(4) The Clerk is directed to enter judgment in a separate document in accordance with Federal Rule of Civil Procedure 58(a).

(5) Should the movant give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which shall NOT issue because the movant has failed to make a substantial showing of the denial of a constitutional right.

1

It is so Ordered.

Entered this 14th day of October, 2010.

_____
ALETA A. TRAUGER
United States District Judge

2